Bilderback v. Moore.

CITED *in Hoffman* v. *Hoffman,* 2 *Dutch.* 180.

---

## BILDERBACK v. MOORE.

Matter of Practice.  On *Certiorari* to Gloucester Pleas.

An execution having been issued in this cause, from the Court of Common Pleas, and a *Certiorari* returnable to this term, having since been allowed; a rule to stay proceedings on the execution, was granted on motion of W. N. Jeffers for plaintiff in *Certiorari.*